**UNITED STATES BANKRUPTCY COURT**

**IN THE EASTERN DISTRICT OF MICHIGAN**

In re:

Denise Klein,

      Debtor.

File No.: 09-70498 SWR
Chapter 7 Proceeding
Hon. Steven W. Rhodes

Gary C. Rogers P-29083
Attorney for Green Tree Servicing LLC fka
    Conseco Finance Servicing Corp. fka
    Green Tree Financial Servicing Corporation
Fraser Trebilcock Davis & Dunlap, P.C.
124 W. Allegan, Suite 1000
Lansing, MI 48933
(517) 377-0828

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

    **PLEASE TAKE NOTICE** that, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the law firm of Fraser Trebilcock Davis & Dunlap, P.C. hereby enters its Appearance in these proceedings as attorneys of record for Green Tree Servicing LLC fka Conseco Finance Servicing Corp. fka Green Tree Financial Servicing Corporation.

    **PLEASE TAKE FURTHER NOTICE** that the Clerk of the Court is hereby requested to place the undersigned counsel on the Master Service List in this case and that the Clerk and all counsel of record should provide the undersigned counsel with copies of all notices, pleadings and other filings made in the above-captioned proceedings including, without limitation, notices of any application, complaint, demand, hearing, notice, order, pleadings or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise. The Clerk and all counsel of record are requested to direct all written or telephone correspondence to the undersigned counsel at the address or telephone number set forth below:

        Gary C. Rogers
        Fraser Trebilcock Davis & Dunlap, P.C.
        124 W. Allegan, Suite 1000
        Lansing, MI 48933
        (517) 377-0828

        Respectfully submitted,
        **FRASER TREBILCOCK DAVIS & DUNLAP, P.C.**

Dated: 10/14/09        /s/ Gary C. Rogers
        Gary C. Rogers P-29083
        Attorney for Green Tree Servicing LLC fka
            Conseco Finance Servicing Corp. fka
            Green Tree Financial Servicing Corporation
        Fraser Trebilcock Davis & Dunlap, P.C.
        124 W. Allegan, Suite 1000
        Lansing, MI 48933
        (517) 377-0828
        E-mail: grogers@fraserlawfirm.com