# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan – Southern Division

Case No.: 09-70498
Chapter: 7
Hon. Steven W. Rhodes

In Re: Denise Klein, debtor.

-------------------------------------------------------------------------------------------------------------------------/

## ORDER ON MOTION FOR AUTHORITY TO REDEEM PERSONAL PROPERTY

Upon Motion of the Debtor, the Court being advised in the premises, it is hereby ORDERED:

1. The redemption value of the automobile that is the subject of the Motion, the 1988 Premier Crestridge mobile home bearing the Serial # PCI15146 is $2,750.00.

2. Green Tree Servicing, LLC is ordered to accept, if tendered by the Debtor within 7 days of the entry of this order or within 30 days of the date first set for the First Meeting of Creditors, whichever is later, the lump sum payment of $2,750.00 and, upon receipt of such payment from the Debtor, to release its lien of record on the mobile home.

        .

**Signed on December 01, 2009**

                                                 **/s/ Steven Rhodes**
                                                 **Steven Rhodes**
                                                 **United States Bankruptcy Judge**

3.